IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGE LOCAL 520, | ) |
| | ) |
| Plaintiff, | ) Civ. A. No. 19-994 (RDM) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff AFGE Local 520 and Defendant U.S. Department of Veterans Affairs, by their attorneys, submit this joint status report. Defendant has produced records to Plaintiff, which Defendant believes completes the production of records at issue in this case. Plaintiff needs time to review the records to evaluate if any issues remain. The parties anticipate being able to resolve this matter without substantive briefing. If the records production is adequate the parties will engage in discussions to resolve the remainder of this lawsuit. The parties propose filing a joint status report on or before November 18, 2019.

Dated:  October 18, 2019

JESSIE K. LIU, D.C. Bar # 472845
U.S. Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  */s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov
*Counsel for Defendants*

Respectfully submitted,

*/s/ Joshua Hart Burday*

Attorneys for Plaintiff
AFGE LOCAL 520

Matthew Topic, Bar No. IL0037
Joshua Burday, Bar No. IL0042
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com
*Counsel for Plaintiff*